## STATEWIDE GRIEVANCE COMMITTEE *v.* WILLIAM L. ANKERMAN

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 464 (AC 22299), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*William L. Ankerman*, pro se, in support of the petition.

*Cathy A. Dowd*, assistant bar counsel, in opposition.

Decided April 10, 2003

## BEVERLY L. GRIMM *v.* ROBERT L. GRIMM

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 406 (AC 22315), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*John Wayne Fox*, in support of the petition.

*Norman A. Roberts II*, in opposition.

Decided April 10, 2003